THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH J. MANZER, Appellant.— Appeal from an order of the County Court of Fulton County denying appellant's application in *coram nobis* to vacate a judgment of conviction rendered against him on his plea of guilty. Order affirmed. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part.

(September 26, 1952.)

■

PIERCE KINCER, Appellant, v. JAMES KINCER, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [See *ante*, p. 850.]

■

FRED C. HYSLER, Appellant, v. MALONE PALLONE, Respondent.— Appeal from an order of the Supreme Court of Fulton County at Trial Term setting aside the verdict of a jury rendered in plaintiff's favor in a negligence action, and granting a new trial. The order under appeal was granted upon the ground that the verdict was against the weight of evidence. Order affirmed, with $10 costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part.

■

JOSEPH L. WALKER, Plaintiff, v. CARL BRINER et al., Defendants. CARL BRINER, Third-Party Plaintiff, v. HAKES & LE BOURVEAU, INC., et al., Third-Party Defendants. MARION WALKER, Plaintiff, v. CARL BRINER et al., Defendants. CARL BRINER, Third-Party Plaintiff, v. HAKES & LE BOURVEAU, INC., et al., Third-Party Defendants. CARL BRINER et al., Appellants, v. HAKES & LE BOURVEAU, INC., Defendant, and NASH-KELVINATOR CORPORATION, Respondent.— Appeal from an order of the Supreme Court of Albany County made at Special Term insofar as it denies plaintiffs' motion to vacate defendant-respondent's notice for their examination before trial as to certain matters. Order affirmed, with $10 costs against appellants. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [201 Misc. 1115.]